UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.                                         Case No.:   2:23-cr-35-SPC-DNF

DAVID T. AARON

_____

## ORDER

Before the Court is Defendant David T. Aaron's Motion for Early Termination of Supervised Release.  (Doc. 51).  The United States does not oppose the motion.  (Doc. 57).  For the following reasons, the motion is granted.

Defendant pled guilty to one count of tax evasion.  (Doc. 16).  On September 18, 2023, the Court sentenced him to 18 months' imprisonment and three years of supervised release.  (Doc. 36).  Defendant began his supervised release on September 24, 2024, so he has served 18 months of his supervision. Defendant's assigned United States Probation Officer indicated Defendant has complied with all conditions of supervision and has no objection to early termination.  Defendant now lives in St. Petersburg, Florida, with his wife and children.  Defendant is employed there, has paid restitution in full, and no further financial obligations are due.  He asks the Court to terminate his supervised release.

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . (1) terminate a term of probation

and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court grants Defendant's motion. Defendant has served approximately half of his supervised release sentence without incident, has paid restitution, and is gainfully employed. Moreover, the United States and Probation do not object to terminating his term of supervised release early. The Court thus finds that early termination of Defendant's supervised release, effective April 1, 2026, is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant David T. Aaron's Motion for Early Termination of Supervised Release (Doc. 51) is **GRANTED**. Defendant's term of supervised release shall terminate on **April 1, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on March 19, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2